IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUN 23  PM 12: 45

| | |
|---|---|
| LIFENG LEE HSU )<br><br>Plaintiff )<br>)<br>v. )  COMPLAINT      06 - 401<br>)<br>GREAT SENECA FINANCIAL CORP. )<br>WOLPOFF & ABRAMSON, L.L.P. )<br>FOX ROTHSCHILD LLP )<br>NEAL J. LEVITSKY )<br>)<br>Defendants ) | |

# JURIDICTION

1. This Court has jurisdiction of this action under 15 U.S.C. § 1692k (d).

# PARTIES

2. The plaintiff, Lifeng Lee Hsu, is an individual residing at 108 Cardinal Circle, Hockessin, DE 19707.

3. The defendant Great Seneca Financial Corp is a corporation incorporated in Maryland with office at 700 King Farm Blvd, Rockville, MD 20850

4. The defendant Wolpoff & Abramson, L.L.P. is a law firm in the practice of debt collection registered in Maryland with office at 702 King Farm Blvd, Rockville, MD 20850.

5. The defendant Fox Rothschild LLP is a Pennsylvania Limited Liability Partnership having a law office at 919 N. Market Street, Wilmington, DE 19899.

6. The defendant Neal J. Levitsky is an attorney/debt collector and Fox Rothschild's Office Managing Partner of the Wilmington, Delaware, office at 919 N. Market Street, Wilmington, DE 19899.

7. At all relevant times, the defendant Wolpoff & Abramson, L.L.P. acted as the debt collector and counsel for the defendant Great Seneca Financial Corp. The defendants Fox Rothschild LLP and Neal J. Levitsky acted as the local counsel for the defendant Wolpoff & Abramson, L.L.P. during the action brought against me in the Court of Common Pleas for the State of Delaware, New Castle County.

## FACTS

8. On February 23, 2005 Wolpoff & Abramson, L.L.P. sent me a mass-produced collection letter for a defaulted Chase credit card debt purchased by Great Seneca Financial Corp. The letter carried the electronic signature of Michigan lawyer Paul T. Olivier, Jr.

9. On February 18 and March 26, 2005 Wolpoff & Abramson, L.L.P. checked my TransUnion credit report which showed that I was an authorized user of the Chase credit card account mentioned in paragraph 8.

10. On June 01, 2005, Wolpoff & Abramson, L.L.P. sent me NOTICE OF INTENT TO SUE bearing the electronic signature of Attorney Bruce H. Cherkis, admitted in MD, DC, and PA.

11. In spite of two disputed letters that I sent to Wolpoff & Abramson, L.L.P. on March 21 and June 07, 2005, Attorney Neal J. Levitsky of Fox

Rothschild LLP sued me under the name of Wolpoff & Abramson, L.L.P. and Fox Rothschild LLP on behalf of Great Seneca Financial Corp. in the Court of Common Pleas for the State of Delaware, New Castle County on June 29, 2005.

12. During the entire action, it was Attorney Seth Neiderman from Fox Rothschild LLP who appeared in the court.

13. Through the evidences provided by the defendants, I found that Great Seneca Financial Corp. was actually a debt collector with respect to this Chase credit card debt because the debt was already defaulted when it purchased the debt on July 15, 2004.

## CLAIM FOR RELIEF:

## VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT

14. All defendants engaged in an unauthorized practice of law and violated 15 USC §1692i(b) by bringing suit against me.

15. The defendant Wolpoff & Abramson, L.L.P. violated 15 USC §1692e, §1692e(2)(A), §1692e(3), and §1692e(10) by sending me the collection letter bearing an attorney's name while knowing that I was an authorized user of the credit card account.

16. The defendant Wolpoff & Abramson, L.L.P. violated 15 USC §1692e(5) by sending me NOTICE OF INTENT TO SUE while the attorney was not admitted in Delaware, nor was Wolpoff & Abramson, L.L.P. registered to practice law in Delaware.

17. After filing the lawsuit, the defendants Fox Rothschild LLP and Neal J. Levitsky did not send me a written notice as prescribed by 15 USC §1692g(a). Nor did they cease collection as prescribed by §1692g(b) after I disputed the debt in my answer to the complaint.

18. The defendant Neal J. Levitsky violated 15 USC §1692e, §1692e(10) and §1692e(14) by suing me under the name of Wolpoff & Abramson, L.L.P. in addition to Fox Rothschild LLP.

## DEMAND FOR RELIEF

WHEREFORE, the plaintiff demands judgment in the amount consisting of ACTUAL DAMAGES: (1) time, costs of books and legal assistant fees for defending myself in the action brought against me: $4,000 (2) emotional distress: $4,000 (3) any amount that the Court of Common Pleas for the State of Delaware may award the defendants: $0-$18,000 (4) the counsel fees and court fees for this action, plus (5) STATUTORY DAMAGE of $4,000 ($1,000 per defendant) plus (6) any other relief as the court finds just and equitable.

*[signature]*

LIFENG LEE HSU (Plaintiff)
108 Cardinal Circle
Hockessin, Delaware 19707
(302) 573-5458
LLH@DTCC.EDU

☙JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

06 - 401

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Lifeng Lee Hsu

**DEFENDANTS**
Great Seneca Financial Corp., Wolpoff & Abramson L.L.P., Fox Rothschild LLP, Neal J. Levitsky

(b) County of Residence of First Listed Plaintiff: New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Montgomery, Maryland
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Lifeng Lee Hsu, 108 Cardinal Cir, Hockessin, DE 19707
(302) 573-5458

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  |  ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692 et seq.
Brief description of cause:
Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 30,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: 06/23/2006
SIGNATURE OF ATTORNEY OF RECORD: /s/ Lifeng Lee Hsu

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06 - 401

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____4____ COPIES OF AO FORM 85.

___6/23/2006___  
(Date forms issued)

___Lifeng Lee Hsu___  
(Signature of Party or their Representative)

___LIFENG LEE HSU___  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:  C.A.#_____06 - 401_____

CASE CAPTION: _____ v. _____

# ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received  6/23/2006          Signed: _Liffey Lee Hsu_____
by Plaintiff:                              Pro Se Plaintiff

Date Received  6/23/06            Signed: _Monica Mooley_____
by Clerk's office:                         Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street                 If applicable, Rule 4 mailed to plaintiff:
Lockbox 18
Wilmington, DE 19801
                                   _____
                                   Date mailed


                                   _____
                                   By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04