IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lifeng Lee Hsu<br><br>  Plaintiff<br><br>vs.<br><br>Great Seneca Financial Corporation,<br>Wolpoff & Abramson, L.L.P.<br>Fox Rothschild, L.L.P.<br>Neal J. Levitsky<br><br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:  06-401 |

## DEFENDANTS' MOTION TO DISMISS

  Your Defendant Great Seneca Financial Corporation; Wolpoff & Abramson, L.L.P.; Fox Rothschild LLP; and Neal J. Levitsky, by and through their attorneys, respectfully move this Honorable Court to dismiss the complaint in this matter pursuant to Fed.R.Civ.P. Rule 12(b)(1) and (6) and respectfully refers this Court to the supporting Memorandum.

         WOLPOFF & ABRAMSON, L.L.P.

    BY: _____
        Neal J. Levitsky, Esquire (No. 2092)
        Fox Rothschild LLP
        Citizens Bank Center
        919 N. Market Street, Ste. 1300
        P.O. Box 2323
        Wilmington, DE 19899-2323
        (302) 656-2555
        Outside Wilm. Area:
        1-800-678-0303
        Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lifeng Lee Hsu )<br><br>Plaintiff )<br><br>vs. )<br><br>Great Seneca Financial Corporation, )<br>Wolpoff & Abramson, L.L.P. )<br>Fox Rothschild, L.L.P. )<br>Neal J. Levitsky )<br><br>Defendants | Civil Action No.:  06-401 |

## ORDER

Upon consideration of Defendants' Motion to Dismiss, it is this _____ day of

_____, 2006,

ORDERED that the motion be, and hereby is granted and this matter is dismissed with

prejudice.

_____

JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lifeng Lee Hsu | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Civil Action No.:  06-401 |
| | ) |
| Great Seneca Financial Corporation, | ) |
| Wolpoff & Abramson, L.L.P. | ) |
| Fox Rothschild, L.L.P. | ) |
| Neal J. Levitsky | ) |
| | ) |
| Defendants | |

## ORDER

Upon consideration of Defendants' Motion to Dismiss, it is this _____ day of

_____, 2006,

ORDERED that the motion be, and hereby is granted and this matter is dismissed with

prejudice.


_____
JUDGE