IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lifeng Lee Hsu ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Civil Action No.:  06-401 |
| ) | |
| Great Seneca Financial Corporation, ) | |
| Wolpoff & Abramson, L.L.P. ) | |
| Fox Rothschild, L.L.P. ) | |
| Neal J. Levitsky ) | |
| ) | |
| **Defendants** ) | |

### GREAT SENECA FINANCIAL CORPORATION'S DISCLOSURE OF CORPORATE INTEREST

I certify, as party/counsel in this case that Great Seneca Financial Corporation is a Maryland based corporation with no parent corporation and is privately held with no publicly traded stock. No corporation, unincorporated association, partnership or other business entity, not a party to the case or herein disclosed, has a financial interest in the outcome of this litigation.

WOLPOFF & ABRAMSON, L.L.P.

BY: _____
Neal J. Levitsky, Esquire (No. 2092)
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Ste. 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 656-2555
Outside Wilm. Area:
1-800-678-0303
Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached were served this 23rd day of August, 2006, upon the following individual, by U.S. Mail, postage prepaid, as follows: Lifeng Lee Hsu, 108 Cardinal Cir, Hockessin, DE 19707.

_____
Neal J. Levitsky, Esquire (No. 2092)
Attorney for Defendants