IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lifeng Lee Hsu ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No.:  06-401 |
| ) | |
| Great Seneca Financial Corporation, ) | |
| Wolpoff & Abramson, L.L.P. ) | |
| Fox Rothschild, L.L.P. ) | |
| Neal J. Levitsky ) | |
| ) | |
| Defendants ) | |

## WOLPOFF & ABRAMSON, L.L.P.'S FED.R.CIV.P. RULE 26(a) INITIAL DISCLOSURES

**(1)(A)** the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

**Answer:**   Ronald M. Abramson, Esq., Managing Partner, 702 King Farm Blvd., Rockville, MD 20850.

**(1)(B)** a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

**Answer:**   All business records known to Defendant related to this matter are located at 702 King Farm Blvd., Rockville, MD 20850.

**(1)(C)** a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

1

**Answer**:  Not applicable.

**(1)(D)** for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Answer**:  None.

WOLPOFF & ABRAMSON, L.L.P.

BY: _____
Neal J. Levitsky, Esquire (No. 2092)
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Ste. 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 656-2555
Outside Wilm. Area:
1-800-678-0303
Attorney for Defendants

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that two (2) copies of the attached were served this

30 day of _____, 2006, upon the following individual, by U.S. Mail, postage

prepaid, as follows:  Lifeng Lee Hsu, 108 Cardinal Cir, Hockessin, DE  19707.

Neal J. Levitsky, Esquire
Attorney for Defendants

3