IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lifeng Lee Hsu Plaintiff vs. Great Seneca Financial Corporation, Wolpoff & Abramson, L.L.P. Fox Rothschild, L.L.P. Neal J. Levitsky Defendants | Case No. 1:06-cv-401(KAJ) |

## MOTION FOR EXTENSION OF TIME

Come now the Defendants, by counsel, and move the Court for a short extension of time through October 3, 2006, within which to file their Reply Brief in Support of Motion to Dismiss and Response and Opposition to Plaintiff's Motion for Summary Judgment, and in support thereof show the Court as follows:

1. On September 8, 2006, Plaintiff filed an Answering Brief to Defendants' Motion to Dismiss and Plaintiff's own Motion for Summary Judgment under seal. The same were served by U.S. Mail on September 11, 2006.

2. In the interest of judicial economy, Defendants intend to file a Consolidated Brief in Support of their Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Partial Summary Judgment.

3. Defendants would also like to square up the dates for their responses to these filings by Plaintiff so their Responses can be made on the same day.

4. Counsel therefore reasonably requires an extension through October 3, 2006, within which to respond to Plaintiff's three recent filings.

5. This Motion is not made for purposes of delay and will not prejudice Plaintiff.

6. Plaintiff is representing himself *pro se*. Counsel for Defendants has spoken with the Plaintiff, and the Plaintiff is not opposed to the Motion.

WHEREFORE, Defendants pray that the Court grant them an extension through and including October 3, 2006, within which to file their Reply Brief in Support of Motion to Dismiss and Response and Opposition to Plaintiff's Motion for Summary Judgment, and for all other relief proper in the premises.

WOLPOFF & ABRAMSON, L.L.P.

BY: _____
Neal J. Levitsky, Esquire (No. 2092)
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Ste. 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 656-2555
Outside Wilm. Area:
1-800-678-0303
Attorney for Defendants

Dated: September 14, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lifeng Lee Hsu )<br>)<br>   Plaintiff )<br>)<br>vs. )<br>)<br>Great Seneca Financial Corporation, )<br>Wolpoff & Abramson, L.L.P. )<br>Fox Rothschild, L.L.P. )<br>Neal J. Levitsky )<br>)<br>   Defendants | Case No. 1:06-cv-401(KAJ) |

### ORDER

Upon consideration of Defendants' Motion for Extension of Time, it is this _____ day of _____, 2006,

ORDERED that the motion be, and hereby is granted and that the response date is now set at October 3, 2006.

_____
The Honorable Kent A. Jordan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached pleading were served this 14th day of September, 2006 by First Class Mail, postage prepaid upon the following individual:

Lifeng Lee Hsu
108 Cardinal Circle
Hockessin, Delaware  19707-2044

_____
Neal J. Levitsky, Esquire (No. 2092)