IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lifeng Lee Hsu )<br>)<br>    Plaintiff )<br>)<br>vs. )<br>)<br>Great Seneca Financial Corporation, )<br>Wolpoff & Abramson, L.L.P. )<br>Fox Rothschild, L.L.P. )<br>Neal J. Levitsky )<br>)<br>    Defendants | Case No. 1:06-cv-401(KAJ) |

ORDER

Upon consideration of Defendants' Motion for Extension of Time, it is this 15th day of September, 2006,

ORDERED that the motion be, and hereby is granted and that the response date is now set at October 3, 2006.

_____
The Honorable Kent A. Jordan