IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU <br><br> Plaintiff <br><br> v. <br><br> GREAT SENECA FINANCIAL CORP. <br> WOLPOFF & ABRAMSON, L.L.P. <br> FOX ROTHSCHILD LLP <br> NEAL J. LEVITSKY <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case #: 1:06-cv-401 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLANTIFF'S MOTION TO AMEND COMPLAINT

Pursuant to Fed.R.Civ.P. 15(a), Plaintiff Lifeng Lee Hsu respectfully moves this Honorable Court to allow its Complaint amended and respectfully refers this Court to its Amended Complaint.

_____
Lifeng L Hsu (Pro Se)
108 Cardinal Cir
Hockessin, DE 19707-2044
(302)573-5458
LLH@DTCC.EDU
Plaintiff

Date: September 15, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU <br><br> Plaintiff <br><br> v. <br><br> GREAT SENECA FINANCIAL CORP. <br> WOLPOFF & ABRAMSON, L.L.P. <br> FOX ROTHSCHILD LLP <br> NEAL J. LEVITSKY <br><br> Defendants | Case #: 1:06-cv-401 (KAJ) |

## ORDER

Upon consideration of Plaintiff's Motion to Amend Complaint, it is this _____ day of _____, 2006,

ORDERED that the motion be, and hereby is granted.

_____
JUDGE

CERTIFICATE OF SERVICE

I hereby certify that eight (8) copies of Plaintiff's attached documents were served on the 15th day of September, 2006 on the following in the manner indicated below:

*Via U.S. Mail*

Neal J. Levitsky, Esq.
Fox Rothschild LLP
919 N. Market Street, Ste. 1300
Wilmington, DE 19899

_____
Lifeng Lee Hsu (Pro Se Plaintiff)
108 Cardinal Cir
Hockessin, DE 19707-2044
(302) 573-5458
LLH@DTCC.EDU

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
|    v. | ) FIRST AMENDED COMPLAINT |
| | ) |
| GREAT SENECA FINANCIAL CORP. | ) Case #: 1:06-cv-401 (KAJ) |
| WOLPOFF & ABRAMSON, L.L.P. | ) |
| FOX ROTHSCHILD LLP | ) |
| NEAL J. LEVITSKY | ) |
| | ) |
|    Defendants | ) |

## JURIDICTION

1. This Court has jurisdiction of this action under 15 U.S.C. § 1692k (d).

## PARTIES

2. The plaintiff, Lifeng Lee Hsu, is an individual residing at 108 Cardinal Circle, Hockessin, DE 19707.

3. The defendant Great Seneca Financial Corp is a corporation incorporated in Maryland with office at 700 King Farm Blvd, Rockville, MD 20850

4. The defendant Wolpoff & Abramson, L.L.P. is a law firm in the practice of debt collection registered in Maryland with office at 702 King Farm Blvd, Rockville, MD 20850.

5. The defendant Fox Rothschild LLP is a Pennsylvania Limited Liability Partnership having a law office at 919 N. Market Street, Wilmington, DE 19899.

6. The defendant Neal J. Levitsky is an attorney/debt collector and Fox Rothschild's Office Managing Partner of the Wilmington, Delaware, office at 919 N. Market Street, Wilmington, DE 19899.

7. At all relevant times, the defendant Wolpoff & Abramson, L.L.P. acted as the debt collector and counsel for the defendant Great Seneca Financial Corp. The defendants Fox Rothschild LLP and Neal J. Levitsky acted as the local counsel for the defendant Wolpoff & Abramson, L.L.P. during the action brought against me in the Court of Common Pleas for the State of Delaware, New Castle County.

## FACTS

8. On February 23, 2005 Wolpoff & Abramson, L.L.P. sent me a mass-produced collection letter for a defaulted Chase credit card debt purchased by Great Seneca Financial Corp. The letter carried the electronic signature of Michigan lawyer Paul T. Olivier, Jr.

9. On February 18 and March 26, 2005 Wolpoff & Abramson, L.L.P. checked my TransUnion credit report which showed that I was an authorized user of the Chase credit card account mentioned in paragraph 8.

10. On June 01, 2005, Wolpoff & Abramson, L.L.P. sent me NOTICE OF INTENT TO SUE bearing the electronic signature of Attorney Bruce H. Cherkis, admitted in MD, DC, and PA.

11. In spite of two disputed letters that I sent to Wolpoff & Abramson, L.L.P. on March 21 and June 07, 2005, Attorney Neal J. Levitsky of Fox

Rothschild LLP sued me under the name of Wolpoff & Abramson, L.L.P. and Fox Rothschild LLP on behalf of Great Seneca Financial Corp. in the Court of Common Pleas for the State of Delaware, New Castle County on June 29, 2005.

12. During the entire action, it was Attorney Seth Neiderman from Fox Rothschild LLP who appeared in the court.

13. Through the evidences provided by the defendants, I found that Great Seneca Financial Corp. was actually a debt collector with respect to this Chase credit card debt because the debt was already defaulted when it purchased the debt on January 19, 2005.

14. Defendant Wolpoff & Abramson, L.L.P. advertised on its collection letters that it had a branch office in Wilmington, DE, but I recently found that the business entity of Wolpoff & Abramson, L.L.P. did not exist in Delaware because it was not licensed to do business in Delaware.

15. Defendant Wolpoff & Abramson, L.L.P. has its name advertised in the Telephone Book of Wilmington Area as Wolpoff & Abramson, Attorneys with its address at 824 N Market St., Wilmington and the telephone number of 656-2555.

16. As a result of defendants' acts, I suffered monetary damages, loss of time with my family, loss of sleep, mental distress, and embarrassment.

# FIRST CLAIM FOR RELIEF:

## VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT

17   All defendants engaged in an unauthorized practice of law and violated 15 USC §1692i(b), §1692e and its subsections by bringing suit against me.

18   The defendants Great Seneca Finanancial Corp. and Wolpoff & Abramson, L.L.P. violated 15 USC §1692e, §1692e(2)(A), §1692e(3), and §1692e(10) by sending me the collection letter bearing an attorney's name while knowing that I was an authorized user of the credit card account.

19   The defendants Great Seneca Finanancial Corp. and Wolpoff & Abramson, L.L.P. violated 15 USC §1692e, § 15 USC 1692e(2)(A), and 15 USC § 1692e(5) by sending me NOTICE OF INTENT TO SUE while the attorney was not admitted in Delaware, nor was Wolpoff & Abramson, L.L.P. registered to practice law in Delaware.

20   After filing the lawsuit, the defendants Fox Rothschild LLP and Neal J. Levitsky did not send me a written notice as prescribed by 15 USC §1692g(a).  Nor did they cease collection as prescribed by §1692g(b) after I disputed the debt in my answer to the complaint.

21   The defendant Neal J. Levitsky violated 15 USC §1692e, §1692e(10) and §1692e(14) by suing me and communicating with me under the name of Wolpoff & Abramson, L.L.P. in addition to Fox Rothschild LLP.

## SECOND CLAIM FOR RELIEF: FRAUD

22. All Defendants willfully misrepresented the legal status of Defendant Great Seneca Financial Corp. as a creditor while they knew it was actually a debt collector.

23. Defendants Great Seneca Financial Corp. and Wolpoff & Abramson, L.L.P. conspired to induce me to pay a debt not owed to Great Seneca Financial Corp. through collection letters and threatening of the lawsuit.

24. Defendants Fox Rothschild and Neal J. Levitsky conspired with Wolpoff & Abramson, L.L.P. to falsely represent its business and legal status in Delaware to facilitate the debt collection activities.

25. All Defendants conspired to force me pay a debt not owed to Great Seneca Financial Corp. by suing me.

## THIRD CLAIM FOR RELIEF: CIVIL CONSPIRACY

26. By reference paragraphs 23, Defendants Great Seneca Financial Corp. and Wolpoff & Abramson L.L.P. also committed conspiracy by sending me collection letters and threatening of the lawsuit.

27. By reference paragraphs 24, Defendants Fox Rothschild, Neal J. Levitsky and Wolpoff & Abramson, L.L.P. also committed conspiracy by falsely representing the business and legal status of Wolpoff & Abramson, L.L.P. in Delaware to facilitate their debt collection activities.

28. By reference paragraphs 25, all Defendants also committed conspiracy by suing me.

## DEMAND FOR RELIEF

WHEREFORE, the plaintiff respectfully demands judgment be entered against Defendants for the following:

(A) Declaratory judgment that Defendants' conduct (1) violated the FDCPA, (2) committed Common Law Fraud and/or Delaware Consumer Fraud, 6 Del. C. § 2513 and (3) committed Civil Conspiracy.

(B) ACTUAL DAMAGES: (1) time, costs of books and legal assistant fees for defending myself in the action brought against me: $4,000 (2) emotional distress: $4,000 (3) the counsel fees and court fees for this action.

(C) STATUTORY DAMAGE pursuant to U.S.C. 1692k of $4,000 ($1,000 per defendant).

(D) PUNITIVE DAMAGE for the Fraud and Civil Conspiracy and the violations of the FDCPA.

(E) Plus any other relief as the court finds just and equitable.

*[signature]*
LIFENG/LEE HSU (Pro Se Plaintiff)
108 Cardinal Circle
Hockessin, Delaware 19707
(302) 573-5458
LLH@DTCC.EDU

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU<br><br>    Plaintiff<br><br>    v.<br><br>GREAT SENECA FINANCIAL CORP.<br>WOLPOFF & ABRAMSON, L.L.P.<br>FOX ROTHSCHILD LLP<br>NEAL J. LEVITSKY<br><br>    Defendants | )<br>)<br>)<br>) FIRST AMENDED COMPLAINT<br>)<br>) Case #: 1:06-cv-401 (KAJ)<br>)<br>) (Indication of Changes)<br>)<br>)<br>)<br>)<br>) |

## JURIDICTION

1. No change.

## PARTIES

2.-7. No Change.

## FACTS

8.-12. No Change.

13. Through the evidences provided by the defendants, I found that Great Seneca Financial Corp. was actually a debt collector with respect to this Chase credit card debt because the debt was already defaulted when it purchased the debt on January 19, 2005 [July 15, 2004].

14. Defendant Wolpoff & Abramson, L.L.P. advertised on its collection letters that it had a branch office in Wilmington, DE, but I recently found that the business entity of Wolpoff & Abramson, L.L.P. did not exist in Delaware because it was not licensed to do business in Delaware.

15. Defendant Wolpoff & Abramson, L.L.P. has its name advertised in the Telephone Book of Wilmington Area as Wolpoff & Abramson, Attorneys with its address at 824 N Market St., Wilmington and the telephone number of 656-2555.`

16. As a result of defendants' acts, I suffered monetary damages, loss of time with my family, loss of sleep, mental distress, and embarrassment.

## FIRST CLAIM FOR RELIEF:

## VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT

[14]17 All defendants engaged in an unauthorized practice of law and violated 15 USC §1692i(b), §1692e and its subsections by bringing suit against me.

[15]18 The defendants Great Seneca Finanancial Corp. and Wolpoff & Abramson, L.L.P. violated 15 USC §1692e, §1692e(2)(A), §1692e(3), and §1692e(10) by sending me the collection letter bearing an attorney's name while knowing that I was an authorized user of the credit card account.

[16]19 The defendants Great Seneca Finanancial Corp. and Wolpoff & Abramson, L.L.P. violated 15 USC §1692e, § 15 USC 1692e(2)(A), and 15 USC § 1692e(5) by sending me NOTICE OF INTENT TO SUE while the attorney was not admitted in Delaware, nor was Wolpoff & Abramson, L.L.P. registered to practice law in Delaware.

[17]20 After filing the lawsuit, the defendants Fox Rothschild LLP and Neal J. Levitsky did not send me a written notice as prescribed by 15 USC §1692g(a). Nor did they cease collection as prescribed by §1692g(b) after I disputed the debt in my answer to the complaint.

[18]21 The defendant Neal J. Levitsky violated 15 USC §1692e, §1692e(10) and §1692e(14) by suing me and communicating with me under the name of Wolpoff & Abramson, L.L.P. in addition to Fox Rothschild LLP.

## SECOND CLAIM FOR RELIEF: FRAUD

22. All Defendants willfully misrepresented the legal status of Defendant Great Seneca Financial Corp. as a creditor while they knew it was actually a debt collector.

23. Defendants Great Seneca Financial Corp. and Wolpoff & Abramson, L.L.P. conspired to induce me to pay a debt not owed to Great Seneca Financial Corp. through collection letters and threatening of the lawsuit.

24. Defendants Fox Rothschild and Neal J. Levitsky conspired with Wolpoff & Abramson, L.L.P. to falsely represent its business and legal status in Delaware to facilitate the debt collection activities.

25. All Defendants conspired to force me pay a debt not owed to Great Seneca Financial Corp by suing me.

## THIRD CLAIM FOR RELIEF: CIVIL CONSPIRACY

26. By reference paragraphs 23, Defendants Great Seneca Financial Corp. and Wolpoff & Abramson L.L.P. also committed conspiracy by sending me collection letters and threatening of the lawsuit.

27. By reference paragraphs 24, Defendants Fox Rothschild, Neal J. Levitsky and Wolpoff & Abramson, L.L.P. also committed conspiracy by falsely representing the business and legal status of Wolpoff & Abramson, L.L.P. in Delaware to facilitate the debt collection activities.

28. By reference paragraphs 25, all Defendants also committed conspiracy by suing me.

## DEMAND FOR RELIEF

WHEREFORE, the plaintiff respectfully demands judgment be entered against Defendants for the following:

(A) Declaratory judgment that Defendants' conduct (1) violated the FDCPA, (2) committed Common Law Fraud and/or Delaware Consumer Fraud, 6 Del. C. § 2513 and (3) committed Civil Conspiracy.

(B) [in the amount consisting of] ACTUAL DAMAGES: (1) time, costs of books and legal assistant fees for defending myself in the action brought against me: $4,000 (2) emotional distress: $4,000 (3) [any amount that the Court of Common Pleas for the State of Delaware may award the defendants: $0-$18,000 (4)] the counsel fees and court fees for this action.[, plus (5) ]

(C) STATUTORY DAMAGE pursuant to U.S.C. 1692k of $4,000 ($1,000 per defendant).

(D) PUNITIVE DAMAGE for the Fraud and Civil Conspiracy and the violations of the FDCPA.

(E) [p]Plus [(6) ] any other relief as the court finds just and equitable.

_____
LIFENG LEE HSU (Plaintiff)
108 Cardinal Circle
Hockessin, Delaware 19707
(302) 573-5458
LLH@DTCC.EDU