IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lifeng Lee Hsu<br><br>    Plaintiff<br><br>vs.<br><br>Great Seneca Financial Corporation,<br>Wolpoff & Abramson, L.L.P.<br>Fox Rothschild, L.L.P.<br>Neal J. Levitsky<br><br>    Defendants | Case No. 1:06-cv-401(KAJ) |

## **MOTION FOR EXTENSION OF TIME**

Come now the Defendants, by counsel, and move the Court for a short extension of time through October 9, 2006, within which to file their response to Plaintiff's Motion for Leave to File First Amended Complaint, and in support thereof show the Court as follows:

1. On September 15, 2006, Plaintiff filed a Motion for Leave to File First Amended Complaint (the "Motion for Leave").

2. Prior to filing the Motion for Leave, the parties filed several motions including Defendants' Motion to Dismiss and Plaintiff's Motion for Partial Summary Judgment.

3. Defendants' Consolidated Brief in Support of their Motion to Dismiss and in Opposition to Plaintiff's Motion for Partial Summary Judgment is due on October 3, 2006.

4. Counsel therefore reasonably requires an extension through October 9, 2006, within which to respond to Plaintiff's recent Motion for Leave.

5. This Motion is not made for purposes of delay and will not prejudice Plaintiff.

6. Defendants attempted to obtain Plaintiff's position on this application, but have been unable to get in contact with Plaintiff to determine his position.

WHEREFORE, Defendants pray that the Court grant them an extension through and including October 9, 2006, within which to file their Response to Plaintiff's Motion for Leave to File First Amended Complaint, and for all other relief proper in the premises.

WOLPOFF & ABRAMSON, L.L.P.

BY: _____
Neal J. Levitsky, Esquire (No. 2092)
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Ste. 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 656-2555
Outside Wilm. Area:
1-800-678-0303
Attorney for Defendants

Dated: September 22, 2006

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two (2) copies of the attached pleading were served this 22 day of September, 2006 by First Class Mail, postage prepaid upon the following individual:

    Lifeng Lee Hsu
    108 Cardinal Circle
    Hockessin, Delaware  19707-2044

                                            Neal J. Levitsky, Esquire (No. 2092)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lifeng Lee Hsu )<br>)<br>    Plaintiff )<br>)<br>vs. )<br>)<br>Great Seneca Financial Corporation, )<br>Wolpoff & Abramson, L.L.P. )<br>Fox Rothschild, L.L.P. )<br>Neal J. Levitsky )<br>)<br>    Defendants | Case No. 1:06-cv-401(KAJ) |

### ORDER

Upon consideration of Defendants' Motion for Extension of Time, it is this _____ day of _____, 2006,

ORDERED that the motion be, and hereby is granted and that the response date is now set at October 9, 2006.

_____
The Honorable Kent A. Jordan