# FOX ◆ ROTHSCHILD LLP

## ATTORNEYS AT LAW

CITIZENS BANK CENTER   SUITE 1300   919 NORTH MARKET STREET   WILMINGTON, DE 19801-3046
302-654-7444   FAX 302-656-8920   www.foxrothschild.com

Neal J. Levitsky
Direct Dial: (302) 622-4200
Internet Address: nlevitsky@foxrothschild.com

September 22, 2006

**VIA ELECTRONIC FILING**
The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 King Street
Wilmington, DE  19801

> **Re:   *Lifeng Lee Hsu v. Great Seneca Financial Corporation, et al.***
> ***United States District Court, District of Delaware***
> ***C. A. No. 1:06-CV-401(KAG)***

Dear Judge Jordan:

On September 22, 2006, Defendants filed their Motion For An Extension Of Time within which to file their response to Plaintiff's Motion for Leave to File First Amended Complaint.  Defendants' Motion For an Extension indicates that Defendants were unable to obtain Plaintiff's position on the Motion.  Subsequent to filing the Motion, Plaintiff informed Defendants that he does not oppose the Motion for an Extension.

If Your Honor has any questions, we are certainly available.

Respectfully yours,

/s/ Neal J. Levitsky

Neal J. Levitsky

cc:   Lifeng Lee Hsu
Prothonotary
Ronald S. Canter, Esquire
Seth A. Niederman, Esquire

PENNSYLVANIA ◆ NEW JERSEY ◆ DELAWARE ◆ NEW YORK ◆ FLORIDA