ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU<br><br>    Plaintiff<br><br>v.<br><br>GREAT SENECA FINANCIAL CORP.<br>WOLPOFF & ABRAMSON, L.L.P.<br>FOX ROTHSCHILD LLP<br>NEAL J. LEVITSKY<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case #: 1:06-cv-401 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS FOR EXTENSION OF TIME
## AND
## PAINTIFF'S MOTION TO RESPOND TO DEFENDANTS' REPLY BRIEF

Defendants, by and through their counsel, moved this Honorable Court for extension of time to file their Reply Brief. Plaintiff did not oppose the motions with any hesitation because of the following two reasons:

1.  Defendants stated that it had been their policy to grant extension to pro se litigants;

2.  Plaintiff agrees with Defendants' counsel that it is in the interest of judicial economy to settle this matter through a Summary Judgment because this action is essentially a matter of law concerning defendants' conduct.

However, Defendants' intention to file the Consolidated Brief is rather unusual in this case because:

1.  If this action can be dismissed for the reasons stated in Defendants' Opening Brief, then there is no need to address any other issues except to oppose Plaintiff's recent Motion to Amend Complaint;

2. This Consolidated Brief will likely go beyond what a normal Reply Brief does. Without a discovery, Plaintiff will not be able to respond to issues not raised in the previous briefs. This will defeat the purpose of "judicial economy".

WHEREFORE, Plaintiff respectfully suggests and moves this Honorable Court for the following:

1. Limit the scope of Defendants' Reply Brief to the issues explicitly raised in their Opening Brief and my Answering Brief, plus their Opposition to Plaintiff's Motion to Amend Complaint if they so desire—only to the extent that why Plaintiff is not allowed by law to amend its complaint.

2. Allow Plaintiff an opportunity to respond to the issue of "Unauthorized Practice of Law" addressed by its argument # 5 in its Answering Brief since this issue was not explicitly raised by Defendants in their Opening Brief.

3. After this, if this Honorable Court decides that this case should continue, then upon a completion of discovery, both parties simultaneously submit their Memoranda of Law and one response on agreed-upon schedules to settle the other issues.

Finally, Plaintiff has emailed a copy of this Response to Defendants' counsel, Attorney Levitsky, for his input on this matter. So far, Defendants' position on this matter is unknown.

*[signature]*
Lifeng L Hsu (Pro Se Plaintiff)
108 Cardinal Cir
Hockessin, DE 19707-2044
(302)573-5458
LLH@DTCC.EDU

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU<br><br>  Plaintiff<br><br>  v.<br><br>GREAT SENECA FINANCIAL CORP.<br>WOLPOFF & ABRAMSON, L.L.P.<br>FOX ROTHSCHILD LLP<br>NEAL J. LEVITSKY<br><br>  Defendants | Case #: 1:06-cv-401 (KAJ) |

## ORDER

Upon consideration of Plaintiff's Response to Defendants' Extension of Time, it is this _____ day of _____, 2006,

ORDERED that

1. Defendants should limit the scope of their Reply Brief to the issues related to: (A). The Rooker-Feldman doctrine, *res judicata*, and *collateral estoppel*, (B) W&A's Notice of Intent to Sue, (C) Defendants' Unauthorized Practice of Law, and (D) Whether the Plaintiff is allowed by law to amend its complaint.

2. Plaintiff may respond to the issues related to Defendants' Unauthorized Practice of Law and Plaintiff's Motion to Amend Complaint, and the response should be submitted by _____, 2006.

_____
The Honorable Kent A. Jordan

## CERTIFICATE OF SERVICE

I hereby certify that two (2) copies of Plaintiff's attached documents were served on the 28th day of September, 2006 on the following in the manner indicated below:

*Via U.S. Mail*

Neal J. Levitsky, Esq.
Fox Rothschild LLP
919 N. Market Street, Ste. 1300
Wilmington, DE 19899

 

*[signature]*
Lifeng Lee Hsu (Pro Se Plaintiff)
108 Cardinal Cir
Hockessin, DE 19707-2044
(302) 573-5458
LLH@DTCC.EDU