IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Lifeng Lee Hsu** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Civil Action No.:   06-401 KAJ |
| ) | |
| **Great Seneca Financial Corporation,** ) | |
| **Wolpoff & Abramson, L.L.P.** ) | |
| **Fox Rothschild, L.L.P.** ) | |
| **Neal J. Levitsky** ) | |
| ) | |
| **Defendants** ) | |

### OPPOSITION TO PLAINTIFF'S MOTION TO RESPOND TO DEFENDANTS' REPLY BRIEF

Defendants, Great Seneca Financial Corporation, Wolpoff & Abramson, L.L.P., Fox Rothschild, L.L.P., and Neal J. Levitsky, oppose Plaintiff's motion (Docket Entry No. 22) to respond to Defendants' Reply Brief as follows:

(1) Plaintiff seeks to revise the briefing schedules and requirements as set out in the Local Rules of Civil Procedure for the District of Delaware.  Because D. Del. R. 7.1.2 and R. 7.1.3 do not permit any sur-reply to a moving party's reply brief, Plaintiff's motion should be denied.

(2) The Federal Rules of Civil Procedure further allow Defendants as a moving party to raise any issues within their Opening Brief and Reply brief.  There is no basis for a limitation of scope within these pleadings as requested by Plaintiff and Plaintiff's request to set a briefing schedule outside of those permitted in D. Del. R. 7.1.2 and R. 7.1.3 is unwarranted and unnecessary.

As Plaintiff's requests fall outside the federal and local rules of civil procedure for this matter, his Motion should be denied.

                          WOLPOFF & ABRAMSON, L.L.P.

BY:    <u>/s/ Neal J. Levitsky, Esquire</u>
         Neal J. Levitsky, Esquire (No. 2092)
         Fox Rothschild LLP
         Citizens Bank Center
         919 N. Market Street, Ste. 1300
         P.O. Box 2323
         Wilmington, DE 19899-2323
         (302) 656-2555
         Outside Wilm. Area:
         1-800-678-0303
         Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached were served this 6th day of October, 2006, upon the following individual, by U.S. Mail, postage prepaid, as follows: Lifeng Lee Hsu, 108 Cardinal Cir, Hockessin, DE 19707.

/s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (No. 2092)
Attorney for Defendants