IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU<br><br>Plaintiff<br><br>v.<br><br>GREAT SENECA FINANCIAL CORP.<br>WOLPOFF & ABRAMSON, L.L.P.<br>FOX ROTHSCHILD LLP<br>NEAL J. LEVITSKY<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) Case #: 1:06-cv-401 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
OCT 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PAINTIFF'S MOTION TO RESPOND TO DEFENDANTS' REPLY BRIEF**

I, the Pro Se Plaintiff, hereby reply to Defendants' Opposition to Plaintiff's Motion to Respond to Defendants' Reply Brief filed on 10/06/2006 as follows:

(1)   When defendants filed their Motion to Dismiss asserting Rule 12(b)(6), this motion, under Rule 12(b), was treated as one for summary judgment. My Cross Motion, though procedurally proper, was thus rather unusual. In consideration of this, I sought this Court's approval to address any new issue that Defendants' intended Consolidated Brief might raise. My motion was proper since Local Rule 7.1.2 did not forbid a party seeking court's approval for filing additional brief.

(2)   Defendants' Reply Brief did not raise any new issue. So, to comply with Local Rule 7.1.2.(c), I will not respond to Defendants' Reply Brief.

Lifeng L Hsu, 10/9/2006
Lifeng L Hsu (Pro Se Plaintiff)
108 Cardinal Cir
Hockessin, DE 19707-2044
(302)573-5458
LLH@DTCC.EDU

CERTIFICATE OF SERVICE

I hereby certify that two (2) copies of Plaintiff's attached documents were served on the 9th day of September, 2006 on the following in the manner indicated below:

*Via U.S. Mail*

Neal J. Levitsky, Esq.
Fox Rothschild LLP
919 N. Market Street, Ste. 1300
Wilmington, DE 19899

_____
Lifeng Lee Hsu (Pro Se Plaintiff)
108 Cardinal Cir
Hockessin, DE 19707-2044
(302) 573-5458
LLH@DTCC.EDU

Lifeng F. Hsu
N8 Cardinal
Hockess DE 707

10 2006 PM WILMINGTON DE 198

Peter T. Dalleo, Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, DE 19801