IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 06-401-*** |
| : | |
| GREAT SENECA FINANCIAL : | |
| CORPORATION, et al., : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington, Delaware, this **12th** day of **March, 2007.**

IT IS ORDERED that a teleconference with Judge Thynge has been scheduled for **Thursday, March 22, 2007 at 8:00 a.m. Eastern Time. Neil J. Levitsky, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE