IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Lifeng Lee Hsu** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| vs. ) | Civil Action No.:  06-401 KAJ |
| ) | |
| **Great Seneca Financial Corporation,** ) | |
| **Wolpoff & Abramson, L.L.P.** ) | |
| **Fox Rothschild, L.L.P.** ) | |
| **Neal J. Levitsky** ) | |
| ) | |
|     **Defendants** ) | |

<u>CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE</u>

It is hereby stipulated by and between the Pro Se Plaintiff Lifeng Lee Hsu and Defendants Great Seneca Financial Corporation, Wolpoff & Abramson, L.L.P., Fox Rothschild, L.L.P. and Neal J. Levitsky, that in accordance with provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case including the trial, order and entity of a final judgment, and conduct all post-judgment proceeding.


<u>/s/ Lifeng Lee Hsu</u>                     <u>/s/ Neal J. Levitsky, Esquire</u>
Lifeng Lee Hsu                         Neal J. Levitsky, Esquire (Bar No. 2092)
108 Cardinal Circle                  Fox Rothschild LLP
Hockessin, DE  19707              Citizens Bank Center
                                                  919 N. Market Street, Suite 1300
Pro Se Plaintiff                           Wilmington, DE  19801

                                                  Attorney for Defendants

## **ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above captioned case be referred to The Honorable Mary Pat Thynge United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73.

Dated: _____

_____
**United States District Judge**