IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lifeng Lee Hsu<br><br>    Plaintiff<br><br>vs.<br><br>Great Seneca Financial Corporation,<br>Wolpoff & Abramson, L.L.P.<br>Fox Rothschild, L.L.P.<br>Neal J. Levitsky<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 06-401 KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

It is hereby stipulated by and between the Pro Se Plaintiff Lifeng Lee Hsu and Defendants Great Seneca Financial Corporation, Wolpoff & Abramson, L.L.P., Fox Rothschild, L.L.P. and Neal J. Levitsky, that in accordance with provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case including the trial, order and entity of a final judgment, and conduct all post-judgment proceeding.

/s/ Lifeng Lee Hsu
Lifeng Lee Hsu
108 Cardinal Circle
Hockessin, DE 19707

Pro Se Plaintiff

/s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (Bar No. 2092)
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801

Attorney for Defendants

WM1A 95502v2 03/12/07

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above captioned case be referred to The Honorable Mary Pat Thynge United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73.

Dated: 3/14/07

United States District Judge