IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-401-MPT |
| | : |
| GREAT SENECA FINANCIAL | : |
| CORPORATION, et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **22ⁿᵈ** day of **March, 2007.**

IT IS ORDERED that the teleconference with Judge Thynge has been rescheduled for **Tuesday, April 17, 2007 at 9:30 a.m. Eastern Time. Neil J. Levitsky, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE