IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Lifeng Lee Hsu** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Civil Action No.:  06-401 KAJ |
| ) | |
| **Great Seneca Financial Corporation,** ) | |
| **Wolpoff & Abramson, L.L.P.** ) | |
| **Fox Rothschild, L.L.P.** ) | |
| **Neal J. Levitsky** ) | |
| ) | |
| **Defendants** ) | |

## STIPULATION AND ORDER

It is hereby stipulated by and between Counsel for the Defendants Great Seneca Financial Corporation, Wolpoff & Abramson, L.L.P., Fox Rothschild, L.L.P. and Neal J. Levitsky and Pro Se Plaintiff Lifeng Lee Hsu, and subject to the order of the Court, that the time for the Defendants to respond to the Plaintiff's Amended Complaint shall be extended until April 13, 2007.

/s/ Lifeng Lee Hsu
Lifeng Lee Hsu
108 Cardinal Circle
Hockessin, DE  19707

Pro Se Plaintiff

/s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (Bar No. 2092)
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19801

Attorney for Defendants

SO ORDERED this _____ day of _____, 2007

_____
The Honorable Mary Pat Thynge

WM1A 96415v1 04/02/07