## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-401-MPT |
| GREAT SENECA FINANCIAL CORPORATION, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **19th** day of **April, 2007.**

A scheduling teleconference was held on April 17, 2007 with plaintiff and counsel for defendants participating. As a result of the discussion with and representations made by plaintiff and defense counsel,

IT IS ORDERED that:

1. Plaintiff's cross-motion for summary judgment (D.I. 14) is denied without prejudice with leave to refile.

2. Limited discovery, which includes interrogatories, requests for production and requests for admissions, on the issues raised in defendants' motion to dismiss (D.I. 7) shall be allowed and shall be initiated on or before May 17, 2007.

3. Should counsel find they are unable to resolve a discovery dispute, the party seeking the relief shall contact chambers at (302) 573-6173 to schedule a telephone conference. Not less than forty-eight hours prior to the conference, the party seeking relief shall file with the Court a letter, not to exceed three pages, outlining the

issues in dispute and its position on those issues.  (The Court does not seek extensive argument or authorities at this point; it seeks simply a statement of the issue to be addressed and a summary of the basis for the party's position on the issue.)  Not less than twenty-four hours prior to the conference, any party opposing the application for relief may file a letter, not to exceed three pages, outlining that party's reasons for its opposition.  Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it.  Disputes over protective orders are to be addressed in the first instance in accordance with this paragraph.

      4.  A more detailed scheduling order will be discussed with the parties and prepared after a decision is rendered on defendants' motion to dismiss.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE