IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU<br><br>   Plaintiff<br><br>   v.<br><br>GREAT SENECA FINANCIAL CORP.<br>WOLPOFF & ABRAMSON, L.L.P.<br>FOX ROTHSCHILD LLP<br>NEAL J. LEVITSKY<br><br>   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 06-401-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
MAY 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

**REQUEST FOR PRODUCTION DIRECTED TO THE DEFENDANTS**

Pursuant to Civil Rule of this Court, Plantiff requests that Defendants provide or make available for inspection and copying, within 30 days, the following:

1. A copy of business license or any other legal or tax document that the defendant Wolpoff & Abramson has, if any, for it to conduct business [as a law firm] in Delaware in the year of 2005.

2. The written agreements, if any, which describe the business relationships among/between defendants.

3. Copies of all documents and any other writings which all defendants intend to rely on and/or introduce into evidence at the time of trial.

_____
LIFENG L. HSU (Plaintiff)
108 Cardinal Circle
Hockessin, Delaware 19707
(302) 573-5458
LLH@DTCC.EDU

## CERTIFICATE OF SERVICE

I hereby certify that 2 copies of the following documents:

1. REQUEST FOR PRODUCTION DIRECTED TO THE DEFENDANTS
2. INTERROGATORIES DIRECTED TO THE DEFENDANTS

were served on May 11, 2007 on the following in the manner indicated below:

*Via U.S. Mail*

Neal J. Levitsky, Esq.
Fox Rothschild LLP
919 N. Market Street, Ste. 1300
Wilmington, DE 19899

_____
Lifeng Lee Hsu (Pro Se Plaintiff)
108 Cardinal Cir
Hockessin, DE 19707-2044
(302) 573-5458
LLH@DTCC.EDU



Peter T. Dalleo, Clerk
United States District Court
844 King St, Lockbox 18
Wilmington, DE 19801