IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU | ) |
| Plaintiff | ) |
| v. | ) |
| | ) C. A. No. 06-401-MPT |
| GREAT SENECA FINANCIAL CORP. | ) |
| WOLPOFF & ABRAMSON, L.L.P. | ) |
| FOX ROTHSCHILD LLP | ) |
| NEAL J. LEVITSKY | ) |
| Defendants | ) |

FILED MAY 14 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned

### INTERROGATORIES DIRECTED TO THE DEFENDANTS

**I.   FOR DEFENDANTS WOLPOFF & ABRAMSON, LLP, LEVITSKY, AND FOX ROTHSCHILD.**

1. Please provide the name(s) and the job title of the person(s) who prepare(s) the answers to the interrogatories.

2. Defendant Wolpoff & Abramson L.L.P. (W&A) advertised that it had a regional office in Wilmington, DE and its address happened to be the same as that of Defendants Levitsky and Fox Rothschild. Please answer the following concerning this:

    a) Was Wolpoff & Abramson licensed to do business in Delaware in 2005? If yes, please provide the name(s) of the office manager(s) and the legal document to support that answer.

b) What was the business relationship between W&A and Levitsky in year 2005 (for example, was it an employer/employee relationship or just a co-counsel relationship)?

c) When did the business relationship of W&A and Levitsky start?

d) What was the business relationship between W&A and Fox Rothschild in year 2005?

## II.  FOR DEFENDANT GREAT SENECA FINANACIAL CORP.

1. Please provide the name(s) and the job title of the person(s) who prepare(s) the answers to the interrogatories.

2. Have you purchased the charged-off credit card debts more than one occasions in the past and then collected them with the aid of Wolpoff & Abramson L.L.P. through litigation?

3. Concerning the Portfolio that you purchased from Madison Street Investments, LLC on 01/19/2005 which included my disputed defaulted account, please answer the following:

a) What's the total face value of the portfolio and how much was your purchase price?

b) Approximately how many individual accounts were there in the portfolio?

c) What percentage was contracted to Defendant Wolpoff & Abramson for collection?

d) Approximately how many were collected, successfully or unsuccessfully, through litigation attempts?

4. Please refer to the attached news excerpts from SourceMedia, Inc reported on February 16 and March 16, 2007 concerning your debt portfolio selling to Asta Funding, Inc. Is the information accurate? If not, please correct the inaccurate parts and provide the correct version of yours concerning that transaction.

*[signature]*
LIFENG L. HSU (Plantiff)
108 Cardinal Circle
Hockessin, Delaware 19707
(302) 573-5458
LLH@DTCC.EDU

**Attachment for Defendant Great Seneca Financial Corp**

Copyright 2007 SourceMedia, Inc.
All Rights Reserved
Cardline

February 16, 2007

**SECTION:** Pg. 1 Vol. 7 No. 7

**HEADLINE:** ASTA FUNDING ANNOUNCES $6.9 BILLION PORTFOLIO PURCHASE;

**BODY:**

Debt buyer Asta Funding announced late Friday that it had made what is likely the largest purchase of charged-off credit card accounts this year-a $6.9 billion portfolio made up predominately of credit card accounts. The Englewood Cliffs, N.J.-based Asta is paying $300 million, or about 4.3 cents on the dollar, to seller Great Seneca Financial Corp. and related entities. Great Seneca is the debt-buying arm of Maryland-based Wolpoff & Abramson, a collections law firm.

Copyright 2007 SourceMedia, Inc.
All Rights Reserved
Cardline

March 16, 2007

**SECTION:** Pg. 1 Vol. 7 No. 11

Legal judgments have already been obtained in roughly 16% of the accounts, and the company plans to start suing debtors during the next 12 to 18 months, said CEO Gary Stern. "Approximately $1.1 billion already have judgments obtained and for a significant amount of the remaining portfolio we're going to use a legal strategy...Many accounts that have assets should be sued." Asta paid $300 million-or 4.3 cents on the dollar-for the portfolio and agreed to give Great Seneca 20% of net payments after Asta has collected 150% of the purchase price plus collection expenses (CardLine 2/16).

# CERTIFICATE OF SERVICE

I hereby certify that 2 copies of the following documents:

1. REQUEST FOR PRODUCTION DIRECTED TO THE DEFENDANTS
2. INTERROGATORIES DIRECTED TO THE DEFENDANTS

were served on May 11, 2007 on the following in the manner indicated below:

*Via U.S. Mail*

Neal J. Levitsky, Esq.
Fox Rothschild LLP
919 N. Market Street, Ste. 1300
Wilmington, DE 19899

_____
Lifeng Lee Hsu (Pro Se Plaintiff)
108 Cardinal Cir
Hockessin, DE 19707-2044
(302) 573-5458
LLH@DTCC.EDU