IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Lifeng Lee Hsu** | ) | |
| | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| vs. | ) | Civil Action No.:  1:06-cv-00401-MPT |
| | ) | |
| **Great Seneca Financial Corporation,** | ) | |
| **Wolpoff & Abramson, L.L.P.** | ) | |
| **Fox Rothschild, L.L.P.** | ) | |
| **Neal J. Levitsky** | ) | |
| | ) | |
|     **Defendants** | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that two (2) copies of Defendants' Answers to Plaintiff's Interrogatories were served this 13th day of June, 2007 by First Class Mail, postage prepaid upon the following individual:

>Lifeng Lee Hsu
>108 Cardinal Circle
>Hockessin, Delaware 19707

>WOLPOFF & ABRAMSON, L.L.P.

>BY:   /s/ Neal J. Levitsky, Esquire
>Neal J. Levitsky, Esquire (No. 2092)
>Fox Rothschild LLP
>Citizens Bank Center
>919 N. Market Street, Suite 1300
>Wilmington, DE 19801
>(302) 656-2555

>Attorney for Defendants

1

Case 1:06-cv-00401-MPT   Document 43   Filed 06/14/2007   Page 2 of 2

WOLPOFF & ABRAMSON, L.L.P.

                              BY:   /s/ Neal J. Levitsky, Esquire
                                        Neal J. Levitsky, Esquire (No. 2092)
                                        Fox Rothschild LLP
                                        Citizens Bank Center
                                        919 N. Market Street, Ste. 1300
                                        P.O. Box 2323
                                        Wilmington, DE 19899-2323
                                        (302) 656-2555
                                        Outside Wilm. Area:
                                        1-800-678-0303
                                        Attorney for Defendants

2