IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Lifeng Lee Hsu** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Civil Action No.:  1:06-cv-00401-MPT |
| ) | |
| **Great Seneca Financial Corporation,** ) | |
| **Wolpoff & Abramson, L.L.P.** ) | |
| **Fox Rothschild, L.L.P.** ) | |
| **Neal J. Levitsky** ) | |
| ) | |
| **Defendants** ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that two (2) copies of the Defendants' Response to Plaintiff's Request for Production of Documents were served this 13th day of June, 2007 by First Class Mail, postage prepaid upon the following individual:

>Lifeng Lee Hsu
>108 Cardinal Circle
>Hockessin, Delaware 19707

>WOLPOFF & ABRAMSON, L.L.P.

>BY:   /s/ Neal J. Levitsky, Esquire
>Neal J. Levitsky, Esquire (No. 2092)
>Fox Rothschild LLP
>Citizens Bank Center
>919 N. Market Street, Suite 1300
>Wilmington, DE 19801
>(302) 656-2555

>Attorney for Defendants

1